AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Laporte, Elizabeth D. | U.S. District Court, N..D. Cal | 06/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
450 Golden Gate Aveneue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | Custodian | Trust II |
| 3. | Custodian | Trust III |
| 4. | Member, Board of Governors | Assn. of Business Trial Lawyers, Northern California Chapter |
| 5. | Member, Litigation Section Executive Committee | Bar Assn. of San Francisco |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Participation in retirement plan for the California Public Employees Retirement System |
| 2. | 1998 | Participation in City & County of San Francisco Employee Retirement Fund |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed Attorney |
| 2. | 2011 | State of California - Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas | 1/20 to 1/23 | Alexandria, VA | Intellectual Property Institute | Transportation, meals, lodging. |
| 2. | ALM | 1/30 to 2/2 | New York, NY | Intellectual Property Institute | Transportation, meals, lodging. |
| 3. | Sedona Conference | 3/16 to 3/18 | San Diego, CA | E-Discovery Summit | Transportation, meals, loding. |
| 4. | American Bar Association | 4/26/ to 5/1 | New York, NY | Symposium on Technology in Labor/Employment Law | Transportation, meals. |
| 5. | National Employment Lawyers Association | 6/29 to 7/2 | New Orleans, LA | Annual Convention | Transportation, meals, lodging. |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Laporte, Elizabeth D. | 06/27/2012 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | George Washington University | 7/16 to 7/18 | Washington, DC | International Trade Commission Trial Lawyers Association Meeting | Transportation, meals, lodging, |
| 7. | Carmel Valley E-Discovery Retreat | 7/18 to 7/20 | Carmel, CA | E-Discovery Retreat | Transportation, meals, lodging. |
| 8. | Association of Business Trial Lawyers of Northern California | 10//13 to 10/16 | Santa Barbara, CA | Annual Seminar | Transportation, meals, lodging, registration fee. |
| 9. | Georgetown Law School | 11/17 to 11/20 | Arlington, VA | E-Discovery Institute | Transportation, meals, lodging. |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Mortgage on rental property in San Diego, CA | None |
| 2. | | Tuition Agreement | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust I | | | | | | | | | |
| 2. --Rental Property in San Diego, CA | G | Rent | | | Sold | 12/30/11 | P1 | G | Danube Properties |
| 3. --AT&T (Common Stock) | A | Dividend | | | Sold | 7/11/11 | K | B | |
| 4. --Accenture (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | D | |
| 5. --Apache Corp. (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | E | |
| 6. --Danaher Corp. (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | D | |
| 7. --Dover Corp. (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | D | |
| 8. --Ecolab Inc.(Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | E | |
| 9. --Emerson Electric (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | D | |
| 10. --Express Scripts Inc. (Common Stock) | | None | | | Sold | 7/12/11 | K | E | |
| 11. --Hewlett Packard (Common Stock) | A | Dividend | | | Sold | 3/6/11 | K | C | |
| 12. --Merck & Co. (Common Stock) | A | Dividend | | | Sold | 7/11/11 | J | A | |
| 13. --Pepsico (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | E | |
| 14. --PG&E Corp. (Common Stock) | A | Dividend | | | Sold | 7/11/11 | J | A | |
| 15. --Proctor & Gamble Co. (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | E | |
| 16. --Qualcomm Inc.(Common Stock) | | None | | | Sold | 1/20/11 | K | D | |
| 17. --Schlumberger, Ltd. (Common Stock) | A | Dividend | | | Sold | 7/11/11 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --St. Jude Medical (Common Stock) | A | Dividend | | | Sold | 7/12/11 | K | D | |
| 19. --TJX Companies Inc. (Common Stock) | A | Dividend | | | Sold | 7/11/11 | J | B | |
| 20. --United Technologies Corp. (Common Stock) | A | Dividend | | | Sold | 7/11/11 | K | D | |
| 21. --Matthews Pacific Tiger Fund | | None | | | Sold | 7/12/11 | K | E | |
| 22. --Bay Area Toll Auth. Bonds due 4/1/14 | B | Interest | K | T | | | | | |
| 23. --California State Dept Rev Bond due 12/1/15 | A | Interest | K | T | | | | | |
| 24. --California State Dept Revenue Bonds | B | Interest | K | T | | | | | |
| 25. --Los Angeles CA Water Rev. Bonds | B | Interest | K | T | | | | | |
| 26. --Los Angeles CA Bonds due 7/1/17 | B | Interest | K | T | | | | | |
| 27. --Los Angeles Cnty Bonds due 3/1/13 | B | Interest | K | T | | | | | |
| 28. --Metropolitan Water Dist. Rev. Bonds due 7/1/13 | B | Interest | K | T | | | | | |
| 29. --San Francisco CA Bonds due 6/15/17 | B | Interest | K | T | | | | | |
| 30. --University of California Rev. Bonds | B | Interest | K | T | | | | | |
| 31. --Vanguard Inflation Protected Securities (VIPSX) | D | Dividend | M | T | Buy | 3/31/11 | M | | |
| 32. --Vanguard Inflation Protected Securities (VIPSX) | A | Distribution | | | Buy (add'l) | 5/4/11 | K | | |
| 33. --Vanguard Inflation Protected Securities (VIPSX) | | | | | Buy (add'l) | 5/10/11 | J | | |
| 34. --Vanguard Inflation Protected Securities (VIPSX) | | | | | Sold (part) | 8/10/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --PIMCO Total Return Fund (PTTRX) | B | Dividend | | | Buy | 3/31/11 | M | | |
| 36. --PIMCO Total Return Fund (PTTRX) | | | | | Buy (add'l) | 5/4/11 | K | | |
| 37. --PIMCO Total Return Fund (PTTRX) | | | | | Sold | 7/13/11 | M | B | |
| 38. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | A | Dividend | K | T | Buy (add'l) | 5/4/11 | K | | |
| 39. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | | | | | Buy (add'l) | 5/10/11 | J | | |
| 40. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | | | | | Sold (part) | 9/30/11 | K | A | |
| 41. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | | | | | Buy (add'l) | 12/15/11 | K | | |
| 42. --DFA Emerging Markets Portfolio (DFEMX) | A | Dividend | | | Buy | 9/30/11 | K | | |
| 43. --DFA Emerging Markets Portfolio (DFEMX) | B | Distribution | | | Sold | 12/15/11 | K | A | |
| 44. --DFA International Vector Equity Portfolio (DFVQX) | | None | N | T | Buy | 12/15/11 | N | | |
| 45. --DFA Large Capital International Portfolio (DFALX) | | None | M | T | Buy | 12/15/11 | M | | |
| 46. --DFA International Core Equity Portfolio (DFIEX) | D | Dividend | | | Buy (add'l) | 3/31/11 | L | | |
| 47. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 5/4/11 | K | | |
| 48. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 5/10/11 | K | | |
| 49. ---DFA international Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 7/12/11 | L | | |
| 50. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 7/13/11 | M | | |
| 51. --DFA International Core Equity Portfolio (DFIEX) | | | | | Sold (part) | 8/4/11 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 9/6/11 | O | | |
| 53. --DFA International Core Equity Portfolio (DFIEX) | | | | | Sold | 12/15/11 | N | A | |
| 54. --DFA T.A. World Ex U.S.(DFTWX) | | None | | | Buy | 8/4/11 | O | | |
| 55. --DFA T.A. World Ex U.S (DFTWX) | | | | | Sold | 9/6/11 | N | A | |
| 56. --DFA US Core Equity 2 Portfolio (DFQTX) | A | Dividend | | | Buy | 8/5/11 | O | | |
| 57. --DFA US Core Equity 2 Portfolio (DFQTX) | | | | | Buy (add'l) | 8/10/11 | M | | |
| 58. --DFA US Core Equity 2 Portfolio (DFQTX) | | | | | Sold (part) | 9/6/11 | O | A | |
| 59. --DFA US Core Equity 2 Portfolio (DFQTX) | | | | | Sold | 9/30/11 | M | A | |
| 60. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | D | Dividend | O | T | Buy (add'l) | 3/31/11 | M | | |
| 61. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Buy (add'l) | 5/4/11 | L | | |
| 62. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Buy (add'l) | 5/10/11 | K | | |
| 63. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Buy (add'l) | 7/11/11 | M | | |
| 64. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Buy (add'l) | 7/12/11 | M | | |
| 65. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Sold (part) | 8/5/11 | O | A | |
| 66. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Buy (add'l) | 9/6/11 | O | | |
| 67. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Buy (add'l) | 9/30/11 | M | | |
| 68. --Goldman Sachs 2037 Indx Lkd NT Due 05/08/37 (GSC) | | None | J | T | Sold (part) | 3/31/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Goldman Sachs 2037 Indx Lkd NT Due 05/08/37 (GSC) | | | | | Buy (add'l) | 5/10/11 | J | | |
| 70. --Vanguard REIT (VNQ) | A | Dividend | K | T | Buy | 5/4/11 | K | | |
| 71. --Schwab Money Market Fund (Trust I) | A | Dividend | K | T | | | | | |
| 72. Trust II | | | | | | | | | |
| 73. --Schwab Money Market Fund (Trust II) | | None | J | T | | | | | |
| 74. Trust III | | | | | | | | | |
| 75. --DFA Global 25/75 Mutual Fund | A | Dividend | J | T | Sold (part) | 4/27/11 | J | A | |
| 76. --Schwab Money Market Fund (Trust III) | | None | J | T | | | | | |
| 77. Rental Property #1 in Oahu, HI | A | Rent | | | Sold | 8/4/11 | J | C | Gregorio & Julta Malanog |
| 78. Rental Property #2 in Oahu, HI | A | Rent | J | W | | | | | |
| 79. PS Account #1 | | | | | | | | | |
| 80. --Vanguard Inflation Protected Securities Fund (VIPSX) | B | Dividend | L | T | | | | | |
| 81. --Vanguard Inflation Protected Securities Fund (VIPSX) | A | Distribution | | | | | | | |
| 82. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | C | Dividend | M | T | | | | | |
| 83. --DFA International Real Estate Securities Portfolio (DFITX) | C | Dividend | L | T | | | | | |
| 84. --DFA U.S Core Equity 2 Portfolio (DFQTX) | B | Dividend | L | T | | | | | |
| 85. --Goldman Sachs 2037 Indx Lkd Due 05/08/37 (GSC) | | None | L | T | Buy (add'l) | 5/4/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Vanguagrd REIT (VNQ) | C | Dividend | L | T | | | | | |
| 87. --Schwab Money Market Fund #5 | | None | J | T | | | | | |
| 88. 401k Account #1 | | | | | | | | | |
| 89. --PIMCO Total Return Fund (PTTRX) | D | Dividend | N | T | Buy (add'l) | 7/13/11 | N | | |
| 90. --Vanguard Inflation Procted Securities Fund (VIPSX) | B | Dividend | L | T | Buy | 7/13/11 | L | | |
| 91. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | A | Dividend | K | T | Buy | 3/31/11 | K | | |
| 92. --DFA International Core Equity Portfolio (DFIEX) | D | Dividend | N | T | Sold (part) | 7/13/11 | M | E | |
| 93. --DFA International Core Equity Portfolio (DFIEX) | | | J | T | Buy (add'l) | 8/11/11 | J | | |
| 94. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 8/16/11 | J | | |
| 95. --DFA International Real Estate Securities Portfolio (DFITX) | A | Dividend | J | T | Buy (add'l) | 3/31/11 | J | | |
| 96. --Vanguard REIT (VNQ) | A | Dividend | J | T | Buy | 3/31/11 | J | | |
| 97. --Schwab Money Market Fund #6 | | None | J | T | | | | | |
| 98. Learning Quest 529 Ed. Sav. Plan #1 Short-Term Portfolio (X) | | None | L | T | | | | | |
| 99. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio (X) | | None | L | T | | | | | |
| 100. First Republic Bank Checking Account (X) | A | Interest | J | T | | | | | |
| 101. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 06/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VI Liabilities, the rental property was sold and Citibank loan repaid on 12/30/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth D. Laporte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544